UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMBSDEN A. SANGSTER, | NO. EDCV 15-873-JAK (AGR) |
| Plaintiff, | |
| v. | JUDGMENT |
| JAMES HALL, et al, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants motion to dismiss is granted and the entire action is dismissed with prejudice.

DATED: 2/8/16  _____
JOHN A KRONSTADT
United States District Judge